328

JOHN NOTARE, PLAINTIFF-PETITIONER, v. LOUIS NOTARE, DEFENDANT-RESPONDENT.

*Mr. Jack I. Doppelt* and *Mr. Sam Weiss* for the petitioner.

*Messrs. Marley, Winkelried & Hillis* for the respondent.

February 27, 1961. Denied.

SYGMUNT BIALOBLOCKI, *ET AL.*, PLAINTIFFS, v. VINCENT SAWICKI, DEFENDANT-PETITIONER, AND THE LEHIGH VALLEY RAILROAD CO., DEFENDANT-RESPONDENT.

*Mr. Andrew V. Clark* and *Mr. John P. Kozak* for the petitioner.

*Messrs. Lamb, Langan & Blake* and *Mr. James B. Emory* for the respondent.

February 27, 1961. Denied.